IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA                                                        PLAINTIFF

VS.                                                          CRIMINAL NO. 5:11-CR-1-DCB-FKB-1

JUAN CARRASCO-SANCHEZ                                                        DEFENDANT

### ORDER ALLOWING REMISSION ON FINE

This cause came on for consideration on United States' Motion for Remission of Fine [#138] in accordance with the provisions of 18 U.S.C. § 3573.

The Court has considered the Motion and finds that it is well taken and should be granted.

Wherefore, all of the unpaid portion of the fine imposed on January 26, 2012, is hereby remitted.

SO ORDERED this the 31st day of May, 2016.

                                              s/David Bramlette
                                              HONORABLE DAVID C. BRAMLETTE
                                              UNITED STATES DISTRICT JUDGE